IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| | ) | CASE NO. 3:24-cv-02260-NJR |
| Plaintiff, | ) | |
| | ) | PLAINTIFF EEOC'S |
| v. | ) | MEMORANDUM OF LAW IN |
| | ) | SUPPORT OF RULE 21 MOTION |
| STARBOARD GROUP, INC. d/b/a WENDY'S | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STARBOARD WITH CHEESE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLATINIFF EEOC'S MEMORANDUM OF LAW IN SUPPROT OF ITS RULE 21 MOTION TO DROP DEFENDANT STARBOARD GROUP, INC. WITHOUT PREJUDICE

Plaintiff Equal Employment Opportunity Commission respectfully moves to drop Defendant Starboard Group, Inc. as a party from this action under Federal Rule of Civil Procedure 21. The causes of action set out in the Complaint remain pending as to the remaining Defendant Starboard with Cheese, LLC.

Under Rule 21, the court may, on motion or on its own, on just terms, add or drop a party from a lawsuit. Fed. R. Civ. P. 21. Here just terms exist because Defendant Starboard Group, Inc. is not a properly named party. Exhibit A. *See also Illusions of the S., Inc, v. City of Valdosta*, No. CIV.A. 7:07-CV-6-HL, 2009 WL 971494, at *2 (M.D.Ga. Mar. 30, 2009) (dropping Defendant who was not a properly named party to the suit). Further, EEOC has not served a summons of this suit on Defendant Starboard Group, Inc.

The causes of action set out in the Complaint remain pending as to the remaining

Defendant Starboard with Cheese, LLC.


RESPECTFULLY SUBMITTED this 4th day of February, 2025.

Ethan M.M. Cohen
Assistant Regional Attorney
EEOC Chicago District Office
230 South Dearborn Street, Ste. 2920
Chicago, IL 60604
Email: ethan.cohen@eeoc.gov

s/ Miles Shultz
Miles Shultz
Trial Attorney
EEOC Chicago District Office
230 S. Dearborn Street, Ste 2920
Chicago, IL 60604
(312) 872-9718
Email: miles.shultz@eeoc.gov

s/ Carrie Vance
Carrie Vance
Trial Attorney
EEOC Milwaukee Area Office
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
(414) 662-3686
Email: carrie.vance@eeoc.gov