**Outlook**

---

civil action no 3:24-cv-2260-NJR Starboard Group

---

From  Jessica
Date  Fri 10/11/2024 12:07 PM
To    CARRIE VANCE <CARRIE.VANCE@EEOC.GOV>

You don't often get email from ▇▇▇▇▇▇▇▇. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Dear Carrie Vance -EEOC,

I am writing to inform you that I have received a notice of a lawsuit that appears to have been sent to me in error. \

I request that you immediately correct this error and ensure that the notice is sent to the intended recipient. I have never had a single employee, my company has nothing to do with restaurants, cheese, or Wendy's.

I would also appreciate it if you could confirm that no further action will be taken against me based on this incorrect notice.

Thank you for your prompt attention to this matter.

Sincerely,

Jessica
Starboard Group, Inc.